**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>VS.<br><br>**VICENTE JAIMES-JAIMES,**<br><br>**Defendant** | **NO. 3: 08-CR-2 (CAR)**<br><br>VIOLATIONS:  Drug Related |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day held in the above-captioned case before the undersigned. Defendant JAIMES-JAIMES was represented by Ms. Catherine M. Leek of the Federal Defenders Office; the United States was represented by Assistant U.S. Attorney Tamara A. Jarrett. Based upon the evidence presented and proffered to the court on behalf of the parties, as well as the Pretrial Service Report of the U. S. Probation Office from the Middle District of North Carolina dated March 8, 2010, I conclude that the following facts require the detention of the defendant pending the trial of this case.

### PART I - FINDINGS OF FACT

☐ (1) There is PROBABLE CAUSE to believe that the defendant has committed an offense

  ☐ for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.

  ☐ under 18 U.S.C. §924(c).

☐ (2) The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### ALTERNATIVE FINDINGS

☒ 1) There is a serious risk that the defendant will not appear.

☒ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

### PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence presented and proffered at the DETENTION HEARING, as supplemented by information contained in the aforementioned Pretrial Services Report, establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the future appearance of the defendant and the safety of the community were the defendant to be released from custody. The defendant is a long-time resident of Lexington, North Carolina. He has strong family ties to that area. The offenses charged against him are serious ones for which long-term incarceration can be expected in the event of a conviction or plea of guilty. The weight of evidence is very strong: some 16 kilograms of cocaine was found in a hidden compartment of the vehicle in which he was traveling when arrested in Morgan County, Georgia in 2006. In addition, it appears that many members of the defendant's immediate family have been involved in the distribution of illegal drugs for several years. Virtually all of his siblings are currently in custody on drug related charges. It further appears that the defendant has been aware of the pending federal indictment since at least April of 2008 when his brother Miterio appeared in this court and was released on conditions and that defendant Vicente Jaimes-Jaimes has been aided since that time by family members in avoiding arrest. Miterio failed to appear for trial in February of 2009; he and Vicente were arrested together in North Carolina earlier this month. Thus, pretrial detention is mandated. IT IS SO ORDERED.

| PART III  -  DIRECTIONS REGARDING DETENTION |
|---|

      The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

      SO ORDERED, this 22nd day of MARCH, 2010.

CLAUDE W. HICKS, JR.
**UNITED STATES MAGISTRATE JUDGE**